**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name REDMOND, WALTER, R. #2324794
 (Last)            (First)           (Initial)

Prisoner Number #2324794

Institutional Address P.O. BOX #67 @ C.J. #5-2A   SAN BRUNO, CA. 94066

(HOME ADDRESS) 1250 PIERCE ST. #1 @ SAN FRANCISCO, CA. 94115 LATER USE...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND    9-15-07
(Enter the full name of plaintiff in this action.)

vs.

SAN FRANCISCO SHERIFF'S DEPT. @
CITY & COUNTY OF SAN FRANCISCO @
CALIFORNIA 94103

(Enter the full name of the defendant(s) in this action)

Case No. C 07 4988 CW
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

(PR)

[All questions on this complaint form must be answered in order for your action to proceed..]

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement COUNTY JAIL #5 @ "BRUNO" SAN BRUNO, CALIF. 94066

B. Is there a grievance procedure in this institution? ABSOLUTELY
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? (ABSOLUTELY). I IMMEDIATELY FILL OUT GRIEVANCES BECAUSE I WAS JUST OUT OF SURGERY WITH A 9 INCH WOUND @ GENERAL HOSP.
   YES (✓)   NO ( ) AND WHEN THEY RETURNED ME TO C.J.#5 I WAS THROWN IN A ROOM, NO LINEN AT ALL FOR 2 HOURS, THEN GIVEN SOILED,

D. If your answer is YES, list the appeal number and the date and result of the DIRTY FILTHY SOILED BLOOD STAINED LINEN, ABOUT 3 TABLE SPOONS OF DRIED BLOOD AND FLUIDS. FILTHY LINEN, I CAME FROM A CLEAN STERILE HOSPITAL ENVIRONMENT, AFTER A SERIOUS SURGERY, AND WAS THROWN IN THIS SITUATION, HEALTH RISKS ON A MAJOR LEVEL. A NURSE MARY ANN IS WITNESS @ GRAVEYARD SHIFT.

COMPLAINT - 1 -
I WAS IN HOSPITAL, HAD MAJOR SURGERY, RETURNED TO JAIL @ SAN BRUNO C.J. #5, AND THROWN IN AD-SEG CELL, AND GIVEN NO BLANKETS 2 HOURS, THEN THEY FINALY BROUGHT FILTHY BLOOD-STAIN, DIRTY LINEN, THROWN IN CELL.

|   |   |   |
|---|---|---|
| 1 | | appeal at each level of review. If you did not pursue a certain level of appeal, |
| 2 | | explain why. |

1. Informal appeal I FILLED OUT SEVERAL GRIEVANCE FORMS REGARDING THIS MATTER. IT'S 2007, NO ONE IN THEIR RIGHT MIND/SANE WILL PUT A PERSON JUST OUT OF A MAJOR SURGERY, STILL UNDER MEDICATION, I A ROOM WITH ABSOLUTELY NO LINEN FOR 2 HOURS, THEN BRING 2. First formal level LINEN 2 HOURS LATER THAT HAS TWO TABLE SPOONS OF DRIED BLOOD & FLUIDS.

3. Second formal level "ABSOLUTELY"... HAD IT NOT BEEN FOR AN EXTREMELY DEDICATED AND PROFESSIONAL NURSE, BY THE NAME OF MARY ANN @ GRAVEYARD SHIFT 11-7, WHO CAME AND IMMEDIATELY TOOK CONTROL OF THE MATTER, AND PROCEEDED TO GET ME THE MATERIAL/STERILE HAND 4. Third SOLUTIONS, LINEN, SOAPS, BLANKETS, AND SO ON, I WOULD HAVE formal level BEEN AT HEALTH RISK, UNSANITARY CONDITIONS.

E. Is the last level to which you appealed the highest level of appeal available to you? "ABSOLUTELY"

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. NOT APPLICABLE

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any. I AM CURRENTLY INCARCERATED @ C.J. #5 SAN BRUNO, P.O. BOX #67, CA. 94066   WALTER REDMOND
  HOWEVER MY HOME ADDRESS IS 1250 PIERCE ST. #1
SAN FRANCISCO, CA. 94115
EMAIL ADDRESS ALSO
(wizzardwalt772002@yahoo.com)

B. Write the full name of each defendant, his or her official position, and his or her
OFFICER ANTONIO

COMPLAINT                              - 2 -

1  (MY OLD JOB) place of employment. THEIR PLACE OF EMPLOYMENT IS THE SAN FRANCISCO SHERIFFS DEPT. (ALL DEPUTIES WORKING @ FRONT MEDIC DESK AT MY ARRIVAL FROM SURGERY @ S.F. GENERAL, THE ONES WHO PUT ME I A ROOM WITHOUT PROPER LINEN, NO CLEANING/HYGENE MATERIAL JUST AFTER SURGERY.

2  STRATEGIC STAFFING @ PINE & SUTTER (415) 616-6300 ← MY FORMER JOB

3  This was my former place of employment, my supervisor was a

4  Mr. Cornelius.

5

6  _____III.

7  Statement of Claim

8  State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 I WAS IN SURGERY AT S.F. GENERAL HOSPITAL ON 9-14-07, AND SURGERY WAS COMPLETE ABOUT 3:00PM, I AWOKE AT 5:00PM, TRANSPORTED

13 BACK TO SAN BRUNO COUNTY JAIL AND THROWN IN AN AD-SEG

14 CELL WITH NO BLANKETS, OR LINEN AT ALL, JUST OUT OF SURGERY, PUT THERE BY MS. ELSA A NURSE, AND DEPUTY ANTONIO, AND SEVERAL OTHER

15 DEPUTIES ON DUTY THAT FRIDAY EVENING AT 8:00 PM, THREE IN TOTAL... I HAD A 9 INCH WOUND ON MY BACK LEFT SHOULDER, I WENT

16 UNDER THE KNIFE, GENERAL ANESTHESIA, FULL BLOWN SURGERY. I HAD STERILE CONDITIONS AT THE HOSPITAL TOTALY, BUT ARRIVING AT C.J.

17 #5 I WAS THROWN IN A CELL FOR TWO HOURS WITH ABSOLUTELY NOTHING, CLEANING SOLUTIONS FOR MY HANDS, NONE OF THE STERILE

18 MATERIAL NEEDED FOR PERSONAL DAILY CARE AT ALL. TWO HOURS LATER A DEPUTY ANTONIO BROUGHT IN BLOODY/STAINED WITH PUSS

19 LINEN, DRIED BLOOD STAINED AND MATTER FROM MY BED, WHERE MY WOUND FROM A BIOPSY HAD BURST WHILE SLEEP ON 9-12-07,

20 3 THREE TABLE-SPOONS OF FLUID DRIED ON LINEN, THEY ACTUALY WENT TO UNIT/DORM 2A, GOT THIS FILTHY LINEN, AND BROUGHT

21 BACK TO ME AND THREW IN THE AD-SEG ROOM AS IF I WAS AN ANIMAL, OR ILLEGAL ALIEN/SOMEONE FROM SOUTH-OF-THE-BORDER!

22 I WAS BORN IN TEXAS, RAISED IN SAN FRANCISCO, EXTREMELY WELL EDUCATED, THEY WOULD NOT GIVEN THEIR OWN RELATIVES FILTHY BLOOD SOILED

23 LINEN LIKE THIS RIGHT AFTER SURGERY, THIS HAS TO BE AGAINST STATE AND FEDERAL PROTOCOL AND LAWS. THIS WAS UNWHOLESOME, UNSANITARY

24 HEALTH THREATENING CONDITIONS. I WAS STILL UNDER MEDICATION, AND THEY HAD ABSOLUTELY NO REGARD, OR COMPASSION WHATSOEVER, AND THERE ARE GRIEVANCE RECORDS TO PROVE IT. ALSO A WITNESS NURSE MARY ANN, GRAVEYARD SHIFT, WHO

25 IV.    Relief                                           CAME TO MY AID), AND RESCUE AT 12:00 MID NITE.

26 Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 PAIN & SUFFERING — DOES THIS HAVE A VALUE, "IN-HUMANE TREATMENT" AS IF I COME FROM SOUTH-OF-THE-BORDER. I AM A FORMER SECURITY OFFICER @ BROADWAY PLAZA MALL @ WALNUT CREEK, CALIFORNIA, AND RESIDENT @ TAMARISK DR. 94596. I ALSO WORKED @ SUNVALLEY MALL @ CONCORD, CA. AS SECURITY OFFICER.

COMPLAINT                                  - 3 -

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  *15th*  day of *SEPTEMBER*, 20 *07*

*Walter Redmond*  9-15-07
(Plaintiff's signature)

COMPLAINT                        - 4 -

RE: TREATMENT AFTER SURGERY VIOLATED FEDERAL PROTOCOL.

9-20-07

WALTER REDMOND
D.O.B. 11/23/56
S.S.# 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

Dear Sir/Ma'am,

I went to the hospital for surgery of a lipoma that was softball size, "under-the-knife", general anesthesia, recieved 23 staples to close the wound. When I got out of surgery, I was transported back to San Bruno County Jail, C.J.#5 after waking up in recovery, and sitting in my room for a couple hours, a "sterile" room at S.F. General Hospital. When I arrived back to C.J.#5, I was taken and thrown into a cell with absolutely no linen or blanket on the bed, blankets either, no cleaning solvents at all, hand sanitizer, soap, lotion, nothing the hospital room had, it was a "health risk", unsanitary conditions, that no one would put a relative in after a surgery like I had! As if I was born "south of the border", an personal being a Christian, I wouldn't do anyone in the world how I was done 9-14-07 @ 7:30pm a Friday evening, no matter where they came from, we're all human... What was done to me by deputies that evening was against state and federal standards in the U.S. of A., it probably wouldn't happen in old Mexico either. Deputies ANTONIO & MADUMBA were on duty, when I was given bloodstained dirty "puss" filled linen, which was pulled off of my cell, I had a biopsy surgery a week ½ earlier, and the stiches popped on 9-12-07, and I blead, the wound oozed about 3 table-spoons of fluid all over my sheets, and I needed fresh sheets obviously, they were filthy. Nevertheless, they went and stripped the bed I had before I left two days ago, came and threw filthy unwholesome/healthy sheets into my room, it was appalling, totaly ignorant, without compassion, unprofessional, unsanitary, "disgusting", unbelievable in 2007, in a brand new jail!...

Had it not been for nurse Mary Ann, the graveyard shift nurse, who came at midnight and saw all of this and took a leadership roll, ordering linen and blankets be brought to me, I was sedated heavily, and they were just lounging/lingering around the front desk, like police at a doughnut shop on a lazy rainy morning, could care less about my delima! Ms. Mary Ann arrived, knowing also that I'm diabetic also, just out of surgery, she worked diligently, loyal to her profession, (R.N.) to get me linen/blankets, cleaning solutions, and recreate the enviornment I had in the recovery room at S.F. General, just after a major surgery that left me with a 9 inch slash/laceration/wound on my back, 23 metal staples to close it, and I recieved morphine, to let you know the seriousness of it, and to think they threw me in an empty room. A jail in Mexico wouldn't do that to a wounded animal, trust me, south-of-the-border they wouldn't do what was done in 2007 in San Bruno, Ca., @ a new facility, old deputies, old thinking from old San Bruno jail.... Some things never change! Kinda like the movie "Cool hand Luke", Paul Newman, or "Shawshank Redemption", racism, ignorance and lack of compassion, a "disease of mankind"!... I sent copies of grievance forms that I kept the copies, for the record, also nurse Mary Ann and others witness what I was exposed to. I rest my case at this point. Is this not a violation of my civil rights?

Sincerely
Walter Redmond
9-20-07

TO: PRISONER LEGAL SERVICES  9-16-07

# San Francisco County Jail Facility
## Prisoner Grievance Form

"EXTREMELY URGENT"

**Type of Grievance**
(Place an X in the corresponding category) I NEED A PRO SE LEGAL GUIDE ALSO, TO START SLOW AT FIRST..

- ___ Classification
- ___ Jail Medical Services P.L.C.
- ___ Psych Services
- ___ Food Services
- ___ Telephone
- ✓ Other PRISONER LEGAL SERVICES

**Date / Time:** 9/16/7 / 1103 hrs
**Facility:** CJ#5
**Deputy / Star#:** 64
**Code:**
**Log Number:**

**Prisoner's Name:** WALTER REDMOND   **Jail #** 2324794   **Cell #** INFIRMARY

**Grievance** (Please be specific: time, date, etc.) MR. MEZZULA I AM CURRENTLY IN AD-SEG @ INFIRMARY, AND I NEED THAT "JAILHOUSE LAWYERS HANDBOOK". I AM ALREADY LITIGATION LITERATE, I'VE STUDIED LAW OVER THE YEARS AND I'VE HAD MANY "INJURY" LAWSUITS OVER THE YEARS, FROM AUTO ACCIDENTS. SO I'VE "STUDIED" COURT-ROOM TERMINOLOGY, SO ITS 2nd NATURE TO ME. I WON ALL CASES, INCLUDING MY LAST ONE IN LAS VEGAS. PLEASE GET "JAILHOUSE LAWYERS HANDBOOK" TO ME. I NEED IT TO PROCEED NOW.

**Prisoner's Signature** Walter Redmond   9-16-07   VERY URGENT

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   9-16-07

NOTE: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal
**Supervisor's response:**

**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal
**Facility Commander response:**

**Signature:**   **Date:**   ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

TO: FEDERAL INVESTIGATORS
(DEPUTY ON DUTY) 9-15-07
VERY URGENT

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

I WAS GIVEN FILTHY BLOODY LINEN CAST NIGHT @ 11:00PM AFTER HAVING ROOM BLOODY SOILED TWO WEEK OLD LINEN AND THEY LAUGHED AT ME (DEPUTIES ON DUTY)

___ Classification      ✓ Jail Medical Services
___ Psych Services      ___ Food Services
___ Telephone           ___ Other

**Date / Time:** 9/15/07 11:48 HRS
**Facility:** CJ-5
**Deputy / Staff#:** B. #1606
**Code:**
**Log Number:**

**Prisoner's Name:** Walter Redmond   **Jail #** 2324724   **Cell #** AD-SEG

**Grievance.** (Please be specific: time, date, etc.) I CAME FROM THE HOSPITAL S.F. GENERAL LAST WEEK, 9 DAYS AGO AND WAS RETURNED TO AD SEG TO BE ABLE TO ACCESS MY READING MATERIAL AND PERSONALS. LAST NIGHT I CAME FROM SURGERY AGAIN, AND WAS PUT IN A ROOM AND GIVEN NO BLANKETS FOR TWO HOURS, AND WHEN THEY DID GIVE ME BLANKETS, THEY WENT AND GOT BLOODY SOILED BLANKETS OFF OF MY BED, THE STITCHES HAD POPPED 24 HRS BEFORE, AND THERE WAS ABOUT 4 TABLESPOONS OF BLOOD AND PUSS THAT HAD DRIED INTO THE SHEETS, THEY THREW THEM IN THE ROOM, AND WENT BACK TO THE DESK AREA, THE INTERCOM SYSTEM WAS STILL ON, AND I HEARD THEM ALL LAUGHING AT THE FRONT DESK, ELSA AND DEPUTIES ON DUTY. I HAD CLEAN STERILE LINEN IN HOSPITAL BECAUSE OF SURGERY THATS STATE AND FEDERAL LAW. THEY WOULD NOT GIVE BLOODY SOILED LINEN TO RELATIVES OF THEIRS AFTER SURGERY I'M SURE.

**Prisoner's Signature** Walter Redmond   9-15-07   (FILTHY LINEN)

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond   9-15-07
Note: After you have finished and signed this form, take your PINK copy for your records.

(LINEN AFTER SURGERY IS AGAINST FEDERAL AND STATE LAW. FILTHY LINEN!)

**Staff member's response:**



**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal
**Supervisor's response:**



**Signature:**   **Date:**
**Prisoner's Signature:**   ☐ Satisfied With Response   ☐ Prisoner Appeal
**Facility Commander response:**



**Signature:**   **Date:**   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

TO: FEDERAL INVESTIGATORS SF
450 GOLDEN GATE AVE SA. SF
9-14-07

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance** (Place an X in the corresponding category): FEDERAL & STATE VIOLATIONS AFTER SURGERY 9-14-07

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services
- ___ Food Services
- ___ Other

**Date / Time:** 9/14
**Facility:** CJ 5
**Deputy / Star#:** [illegible] #390
**Code:**
**Log Number:**

**Prisoner's Name:** WALTER REDMOND    **Jail #:** 2309754    **Cell #:** 2A-17 cell

**Grievance** (Please be specific: time, date etc.): I HAVE JUST RETURNED FROM SURGERY AT S.F. GENERAL HOSPITAL AND HAVE BEEN THROWN IN AN AD-SEG SEGREGATION CELL FOR AN HOUR WITH ABSOLUTELY NO BLANKETS OR SHEETS OR ANYTHING, AND OVER AN HOUR AND A HALF LATER THE BRING BLOODY FILTHY BLANKETS FROM MY CELL FROM WHERE I BLED ALL OVER THEM FROM SURGERY 2 HOURS AGO, WITH ABSOLUTELY NO REGARD FOR POSSIBLE FUTURE INFECTIONS. THEY'VE GIVEN ME FILTHY SOILED BLOODY SHEETS — (SHEETS) WITH NO REGARD AT ALL WHATSOEVER. THEY WOULD NOT PUT THERE OWN RELATIVES IN A SITUATION SUCH AS THIS. I HAVE NO CAMERA TO TAKE PHOTOS OF THE SOILED BLOODY SHEETS, ABSOLUTELY UNSANITARY, AGAINST STATE AND FEDERAL VIOLATIONS, UNSANITARY, AND A FORMULA FOR FUTURE INFECTIONS. I JUST LEFT GENERAL HOSPITAL SF SURGERY — FUL BLOWN SURGERY!

**Prisoner's Signature:** Walter Redmond    9-14-07

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize the Jail Health Services to disclose information contained in my records which pertain to this above complaint to the Sheriff's Department.

**Prisoner's Signature:** Walter Redmond    9-14-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____ **Date:** _____    ☐ Upheld Grievance Response

Orginal (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

TO: SENIOR MEDICAL SUPERVISOR (FEDERAL INVESTIGATORS) 9-14-07 OR CAPTAIN (VERY URGENT)

**Type of Grievance** (Place an X in the corresponding category)

TO: CAPTAIN, OR SENIOR MGT. OF MEDICAL DEPT. (SEXUAL VIOLATION) (EXTREMELY URGENT)

- [ ] Classification
- [x] Jail Medical Services
- [ ] Psych Services
- [ ] Food Services
- [ ] Telephone
- [ ] Other

**Date / Time:** 9/14
**Facility:** CJ5
**Deputy / Star #:** _____
**Code:** _____
**Log Number:** _____

(EXTREMELY URGENT FEDERAL & STATE VIOLATION)

**Prisoner's Name:** Walter Reaves   **Jail #:** 2201124   **Cell #:** 2A-77

**Grievance** (Please be specific; time, date, etc.): I HAVE JUST COME FROM SURGERY WHERE I HAVE A 9 INCH WOUND, PUT UNDER GENERAL ANASTEZIA, AND WHEN TRANSPORTED FROM GENERAL HOSPITAL AT 7:00 PM ON FRIDAY I WAS THROWN IN A CELL AND GIVEN FILTHY BLOOD-STAINED BLANKETS FROM MY SURGERY TWO WEEKS AGO, PUT IN AD-SEG AND SEPARATED FROM EVERYONE ALTHOUGH I AM VERY WIDE AWAKE AND COHERENT AND OF SOUND-MIND. I KNOW THIS TO BE A FEDERAL AND STATE VIOLATION WITH SOILED UNSANITARY BLANKETS WHEN I HAVE JUST CAME OUT OF SAN FRANCISCO GENERAL HOSPITAL IN A STERILE ENVIRONMENT, BECAUSE OF MY SURGERY. I WAS DENIED BLANKETS FOR AN HOUR UPON MY ARRIVAL IN TO AN AD-SEG CELL, AND MY ALL BUTTOCK WAS POSITIVELY TOUCHED AS WELL AND WHEN MY BLANKETS ARRIVED THEY WERE FILTHY BLOOD STAINED. THE SHEET AND SHEET...

**Prisoner's Signature:** Walter Reaves   9-14-07

Must be signed for all Medical/Psych/AOD Grievances. I hereby authorize Jail Health Services to disclose information contained in my medical records which pertain to the above complaints to the Sheriff's Department.

**Prisoner's Signature:** Walter Reaves   9-14-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

**Signature:** _____ **Date:** _____
**Prisoner's Signature:** _____ ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____ **Date:** _____   ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)