

Walter Redmond # 2324796
P.O. Box # 67
San Bruno, Calif. 94066

RECEIVED
SEP 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court P.O. Box 36060 Northern California
Office of the clerk of the court
450 Golden Gate Ave. Rm #396
P.O. Box # 36060
To: Mr. Richard W. Wieking
clerk