FILED
07 SEP 26 PM 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

e-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND Plaintiff,

vs.

SAN FRANCISCO SHERIFFS DEPT. @ CITY & COUNTY OF SAN FRANCISCO Defendant.

CASE NO. C 07 4988 CW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, WALTER REDMOND, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓ INCARCERATED

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  SKILL STAFF TEMP LABOR — WORK LOCATION PARK CITY, UTAH
5  600 SOUTH @ 2nd WEST         ALSO DEER VALLEY. "CONSTRUCTION"
6  SALT LAKE CITY, UT.      $14.00 HR. (BEFORE I CAME TO JAIL)
                                        ON THIS FLUKE – BIAS. I ENCOUNTERED
7  2.    Have you received, within the past twelve (12) months, any money from any of the CROOKED COPS!
8  following sources: YES, I WORK "CONSTRUCTION"

9      a.   Business, Profession or              Yes ✓  No ___
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  Ø
21  _____
22  _____
23  3.    Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support: $ ___Ø___

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_J.R.  A.R._

5. Do you own or are you buying a home?     Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?     Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _WELLS FARGO @ S.L.C., UTAH_

Present balance(s): $ _∅_

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ _500.00_     Utilities: _VARIES_

Food: $ _200.00 MO._     Clothing: _VARIES_

Charge Accounts: _NONE_

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓  ABSOLUTELY NOT!

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-15-07                    Walter Redmond
DATE                       SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _WALTER REDMOND_ for the last six months at 9-20-07

[prisoner name]

_C.J. #5 @ SAN BRUNO COUNTY JAIL @ SAN BRUNO CALIFORNIA_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____ .

Dated:_____

_____

[Authorized officer of the institution]

I have only been in custody 2½ months, had "7.⁰⁰" when I came to jail. You have a current sheet like this I mailed 3 weeks ago regarding another matter, please make a copy of the one on file, if that's acceptable
- 5 -