**FILED**

OCT - 3 2007

E-Filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND, Plaintiff,

CASE NO. C 07 4988 CW

vs.

SAN FRANCISCO SHERIFF'S DEPARTMENT
CITY & COUNTY OF SAN FRANCISCO, Defendant.

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, WALTER REDMOND, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓ "Incarcerated" - LAST JOB @ If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: SKILL STAFF TEMP LABOR/CONSTRUCTION 200 WEST @ 800 SOUTH, SALT LAKE CITY, UTAH 84102

Gross: $14.00 HR    Net: (NOT CERTAIN)

Employer: SKILL STAFF TEMP LABOR & CONSTRUCTION
200 W. @ 800 S., SALT LAKE CITY, UT. 84102
WORK LOCATION, PARK CITY, UTAH

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  AR.
6  _____

7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $ 0   Amount of Mortgage: $ 0
9  6. Do you own an automobile? (PAID FOR)   Yes ✓ No ___
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ 0
13 7. Do you have a bank account? Yes X  No ___ W.R. (Do not include account numbers.)
14 Name(s) and address(es) of bank: WELLS FARGO BANK @ S.L.C., UTAH @
15 Gateway Mall, @ 300 W. @ 200 SOUTH
16 Present balance(s): $ NOT CERTAIN
17 Do you own any cash? Yes ✓ No ___ Amount: $ ?
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____

21 8. What are your monthly expenses?
22 Rent: $ 400.00        Utilities: 0
23 Food: $ Varies        Clothing: Varies
24 Charge Accounts: None
25 Name of Account      Monthly Payment        Total Owed on This Acct.
26 _____           $ _____           $ _____
27 _____           $ _____           $ _____
28 _____           $ _____           $ _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.) SKILL STAFF TEMP. LABOR @
4  200 WEST @ 800 SOUTH, SALT LAKE CITY, UTAH 84102
5  Worked in Park City, Utah, also Deer Valley, Utah
6  $14.00 HR
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                    Yes ✓   No ___
10              self employment
11       b.    Income from stocks, bonds,                 Yes ___ No ✓
12              or royalties?
13       c.    Rent payments?                             Yes ___ No ✓
14       d.    Pensions, annuities, or                    Yes ___ No ✓
15              life insurance payments?
16       e.    Federal or State welfare payments,         Yes ✓   No ___
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each. I was employed in construction, in S.L.C.,
21  Utah in May 07, & June 07, Working in Park City, Utah
22  thru SKILL STAFF, BASED IN S.L.C., UT. (801) 555-1212
                                                                    (FOR NUMBER)
23  3.    Are you married?                               Yes ___ No ✓
24  Spouse's Full Name: _____Ø_____
25  Spouse's Place of Employment: _____Ø_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____Ø_____ Net $_____Ø_____
28  4.    a.    List amount you contribute to your spouse's support: $ ___Ø___

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) NONE

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-29-07                          *Walter Redmond*

DATE                             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 4 -