I Walter Redmond do hereby authorize federal investigators to request, and obtain the information concerning my funds in my prisoner account, to establish the fact I have 87¢ in my account only. Please release this info. "CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT" to federal agents, upon their request. You have my word, and my O.K. to release this information to them, also all "medical records" here in C.J.#5 @ San Bruno Jail, and "grievance forms copies", all of these scinee July 15th, 2007. Please release all these items, upon their request to 450 Golden Gate Ave. Rm 396 @ federal bldg.

Walter Redmond
10-1-07

#1.

NON-COMPLIANCE BY SHERIFF'S DEPT. REGARDING COMPLETING THIS PRISONER FUNDS ACCOUNT. THEY REFUSE TO COMPLETE!

10-1-07

Dear Sir/Ma'am,

The Sheriff's Dept. has learned that I have filed a class-action lawsuit against them, for civil rights violations, regarding this new case where I came from surgery, and was thrown in a completely filthy cell, no linen, or cleaning solutions etc. Regarding case # C 07 4988 CW(PR) they are unwilling, and being "non-compliant" with federal requests, and "protocol," to fill out the form you sent, "CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT", though, and inspite of the fact that they just did it 5 weeks ago, in my C 07 4276 CW (PR) case, against S.F.P.D. (San Francisco Police Dept.). Dear Sir, I have no funds in my account, save 87¢, and I've only been in jail seince 7-15-07. I don't know what to do, you can call "Prisoner Legal Services", ask to speak to Melinda, and request how much money is in account. Or you can call downtown C.J. #2 @ 7th floor (415) 553-1847 front desk, and ask for deputy Pamela Walker to check account, a friend who works from Wednesday to Sunday 7:00pm to 7:00am. Again, let me "repeat", at this point these sheriff deputies at San Bruno County Jail are "aware" I have filed a class-action and are being "non-compliant" with this federal request to complete "CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT" form. A SGT. Williams, and two Lieutenants, literally would not look on the computer, like 7 weeks ago, to get the required reciepts. They returned the form with an attitude which let me know they have all had a pow-wow (meeting) concerning me, and this possible lawsuit, and they are in "shut-down" mode!

I am going to send the form to the Captain, and put a diligent effort again forth, in trying to get this form signed. The situation here has not changed regarding my account, the reciept you have for my case of August, against S.F.P.D., Case # C 07 4276 CW (PR), from the Sherriffs Dept. is current, and you could make a copy of it. Now that they know I filed a litigation here, it's all systems down. They are no longer "complying", though it is a matter of public record. I am starting to be concern about my outgoing mail, like this envelope, wether they will start to intercept and dispose of my mail. I am alright at this point, but I feel ~~~~~ "tenseness" in the air now, or tention! As I said; they filled out an account certificate 8 weeks ago, and all of a sudden now they realized I filed on them (SHERIFF'S DEPT.) now all of a sudden the ceased to give this information. These are shady characters here I percieve, some are very uneducated, self absorbed, speak "ebonics" even, and if they speak "ebonics", they think "ebonics"! Which shows the extent of their education. I rest my case.

Sincerely

Walter Redmond
10-1-07

P.S. Please leave messages with my daughter (803) 530-1136 cell #, Status report etc., but do notify me by mail here at P.O. Box 67 @ San Bruno, CA. 94066.
(also my email)

(wizzarwalt772002@yahoo)
(MY EMAIL)

9-30-07
WALTER REDMOND
CASE # C 07 4988 CW (PR).

Dear Sir/Ma'am,

in regards to this case, concerning my treatment after surgery on 9-14-07, upon returning to C.J. #5 @ Bruno, I'd like to say, the eighth amendment's prohibition of cruel and unusual punishment also protects my right to safe, and somewhat decent conditions in prison, especialy after surgery. Prison conditions that deprive a person of "basic human need" such as sanitation, clothing, hygiene, shelter, food, and excercise, can be challenged RHODES V. CHAPMAN 452 U.S. 337, 346 (1981). You must have evidence of conditions that are serious, and extreme, and cause more injury than discomfort alone. To challenge prison conditions using the Eighth Amendment, one must provide both objective, and subjective evidence. FARMER V. BRENNAN, 511 U.S. 825 (1994); WILSON V. Seiter, 501 U.S. 294 (1991). "Objective evidence" is factual evidence that you were deprived of basic human need, especialy after surgery. "Subjective evidence" is evidence that the prison official one is suing, knew you were being deprived, and did not respond reasonably. On Friday night at 7:45 PM arriving back at C.J. #5 @ "Bruno", I was put in the naked cell with absolutely nothing, no linen on bed, cleaning solution, soap, towels, a bare cell, by deputy MADUMBA, and deputy Antonio, and a third deputy also. More "objective evidence" see; Barney v. Pulsipher, 143 F.3d 1299, 1311 (10th Cir. 1998). Had I not been subjected to these conditions, I would not have complained. Nurse Mary Ann, the graveyard nurse came to my rescue.

Sincerely, 9-30-07
Walter Redmond