10-4-07

CASE # C 07 4988 CW (PR)

Dear Sir/Ma'am,

here is the current "inmate trust fund account statement" you requested, to be able to proceed with case # C 07 4988 CW (PR), filed on September 26th, 07. Walter Redmond vs. San Francisco Sheriff's Department @ City & County of San Francisco, Ca. 94103. I would like to add, I respectfully request, and petition the court to appoint counsel/an attorney on my behalf, due to the fact I am restricted from performing efficiently, gathering information from the law books, presenting interrogaries (interrogatories), and other work. I recently accessed law library, however, I'm extremely limited. I have a "bon-a-fide" case of negligence as I've explained in my complaint, treated as if this was a prison in old Mexico, just after returning from surgery on 9/14/07. This case has extreme merit, and can be proven beyond a doubt, there's witnesses, and "grievances" on record, as we speak. The way I was treated a couple hours after intense surgery breached federal protocol, and standards exceedingly! Again, I request, humbly request court appointed counsel, to get the job done, a "truthful" disposition if you will.

Sincerely,
Walter Redmond
10-4-07

RECEIVED
OCT - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Account Activity Ledger

From : 07/15/2007   To : 10/03/2007

Date : 10/03/2007
Time : 09:38

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2324794 | Name REDMOND, WALTER | | | | Block SMFL30 | | Previous Balance | | 0.00 |
| Initial Entry | 07/15/2007 | 19:49 | B#220388 | 593800 | D | | 7.10 | | 7.10 |
| Sales Transaction | 07/18/2007 | 05:38 | I#256251 | | I | 6.25 | | | 0.85 |
| Sales Transaction | 07/25/2007 | 05:20 | I#257423 | | I | 0.64 | | | 0.21 |
| Sales Transaction | 07/26/2007 | 03:24 | I#257539 | | I | -0.64 | | | 0.85 |
| Sales Transaction | 07/26/2007 | 05:26 | I#257601 | | I | 0.64 | | | 0.21 |
| | 09/14/2007 | 15:18 | B#233237 | 721776 | D | | 30.00 | | 30.21 |
| Sales Transaction | 09/20/2007 | 05:38 | I#267111 | | I | 29.39 | | | 0.82 |

Deposits   2   For $   37.10
Withdraws  0   For $   0.00
Invoices   5   For $   35.28

Page :   1

TO: FEDERAL INVESTIGATORS
ADULT LIEUTENANT
9-21-07

# San Francisco County Jail Facility
## Prisoner Grievance Form

(EXTREMELY URGENT)

**Type of Grievance**
(Place an X in the corresponding category)

I CAN'T GET ANY HELP FROM DEPUTIES, HOT WATER, REQUEST RETURN TO POD, THE AD'T DO THEIR JOBS, CAN'T USE PHONES, THIS IS AD-SEG!...

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ___ Jail Medical Services
- ___ Food Services
- ✓ Other

Date / Time: ___
Facility: ___
Deputy / Star#: ___
Code: ___
Log Number: 907123

**Prisoner's Name:** Walter Redmond    **Jail #** 2324794    **Cell #** INFIRMARY

**Grievance** (Please be specific: time, date, etc.) I WAS IN A POD WHERE I COULD ACCESS HOT WATER THROUGH THE MICROWAVE, ALSO WE HAVE PHONES, AND MAILBOXES. NOW I'M IN AD-SEG/INFIRMARY, AND HAVE TO ASK DEPUTIES TO HELP ME, LIKE ASK FOR HOT WATER, THEY JUST LOOK AT YOU STUPID, LIKE YOU'RE IN AD-SEG, IT'S THEIR JOB TO GET HOT WATER, IT TOOK DEPUTY SANFORD 3 HOURS TO GET ME A CUP OF WATER LAST NIGHT, AND IT CAME WITH A WRITE-UP, CAN YOU BELIEVE IT — ABUSE OF AUTHORITY, UNDER THE GUISE & COLORS OF AUTHORITY, I WAS IN THIS CELL FROM 9-14-07 TO 9-19-07 BEFORE I WAS LET USE A PHONE, I HAVE CALLS TO OFFICES, PUBLIC DEFENDER FEDERAL BUILDING, ATTORNEYS, THEY HAVE TO BE MADE BETWEEN 9:00AM AND 5:00PM. THESE DEPUTIES THINK IT'S A JOKE OR SOMETHING, NO COLLEGE BACKGROUND @ ALL! I'M 50 YEARS OLD, LIVE AT 296 TAMARISK DRIVE, IN WALNUT CREEK, NO WHERE NEAR THAT HELL-HOLE SAN FRANCISCO, I OWN REAL ESTATE, SO MAIL IS IMPORTANT, PHONE CALLS EXTREMELY HOT WATER IS IMPORTANT.

**Prisoner's Signature** Walter Redmond 9-21-07

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose I GET information contained in my records which pertain to the above complaint to the Sheriff's Department. WRITE-UPS FROM THESE CHARACTERS

**Prisoner's Signature** Walter Redmond 9-21-07

Note: After you have finished and signed this form, take your PINK copy for your records. LIEUTENANT, AND I'M

**Staff member's response:** I SPOKE TO Mr. REDMON REGARDING NURSE ISSUES. HOT WATER SHOULD BE PROVIDED BY THE NURSING STAFF. MAIL ISSUES HAVE BEEN RESOLVED & REDMON WILL BE GIVEN THE OPPORTUNITY TO USE THE PHONE DAILY 1400-1445 HRS.

**Signature:** [signed]    **Date:** LT. V. Wu  9/25/04

☑ Satisfied With Response    ☐ Prisoner Appeal

**Prisoner's Signature:**

**Supervisor's response:**

**Signature:**    **Date:**

☐ Satisfied With Response    ☐ Prisoner Appeal

**Prisoner's Signature:**

**Facility Commander response:**

**Signature:**    **Date:**    ☐ Upheld Grievance Response

Original (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

[Left margin:] I AM GETTING NONE OF THE ASSISTANCE/HELP I NEED, AND IS DUE ME, BAY/INFIRMARY PLIGHTS, I GET ABUSE, ABANDONMENT.

[Right margin:] REQUEST RETURN TO MY POD, TO ACCESS PHONES, HOT WATER!

# San Francisco County Jail Facility
## Prisoner Grievance Form

*TO: FEDERAL INVESTIGATORS*
*IR, LIEUTENANT ON DUTY (9-21-07)*
*(EXTREMELY URGENT)*

*HELP SICK CLIENTS... (DERELICTION OF DUTIES)*

**Type of Grievance**
(Place an X in the corresponding category)

*DEPUTIES WILL NOT DO THEIR JOBS TO HELP INFIRMARY PATIENTS*

___ Classification    ___ Jail Medical Services / HOT WATER
___ Psych Services    ___ Food Services ALSO PHONE
___ Telephone          _X_ Other ACCESS. MY CALLS HAVE TO BE 9:00AM TO 5:00PM (ATTORNEYS)!

Date / Time: ___
Facility: ___
Deputy / Star# ___
Log Number: 907123

**Prisoner's Name:** WALTER REDMOND    **Jail #** 32479    **Cell #** INFIRMARY

**Grievance** (Please be specific: time, date, etc.)

DEAR SIR, I HAVE 23 STAPLES IN MY BACK, HAVE HAD MAJOR SURGERY, AND NOW I AM IN AD-SEG/INFIRMARY, AND I HAVE EXTREMELY IMPORTANT PAPERWORK TO GO TO THE FEDERAL BUILDING @ 450 GOLDEN GATE, RM.# 396, I HAVE LEGAL MAIL GOING ALSO TO THE FEDS IN SALT LAKE CITY, UTAH, I HAVE A LEGIT CLASS ACTION FEDERAL LITIGATION/LAWSUIT AGAINST S.L.C., UT. FOR A MISTAKEN IDENTITY FALSE ARREST AND 81 DAY DETENTION, I WHICH I WAS RELEASED 11 WEEKS LATER WITH — (MR. REDMOND) WE ARE SO-SO SORRY! — TALK TO THE FEDS ABOUT IT, SEE YOU IN COURT... WE'LL NEGOTIATE MY LOSSES, JOB, CAR, APARTMENT, LOSS OF WAGES, PAIN-N-SUFFERING ETC., IN COURT- FEDERAL COURT. SO MY BUSINESS PAPERWORK HAS TO GO IN AND OUT, AND YOUR DEPUTIES HAVE ABSOLUTELY NO COLLEGE BACKGROUND, AND HAVE NO ENTHUSIASM TO HELP, OR ASSIST ME IN HERE! I WAS HERE 9-14-07 TO 9-19-07 BEFORE WAS LET USE THE PHONE! THEY WON'T GIVE ME HOT WATER, AND

*I'M AT THE MERCY OF THESE DEPUTIES WHO HAVE "QUESTIONABLE CHARACTER" - HOT WATER, MAIL, NO GOOD TO ASSIST ME-*

**Prisoner's Signature** Walter Redmond  9-21-07  (GIVE ME HOT WATER, AND ITS THE IR LT. TO)

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  9-21-07  (REQUEST RETURN TO MY "POD")

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: ___  Date: ___
Prisoner's Signature: ___  ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:**

Signature: ___  Date: ___
Prisoner's Signature: ___  ☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

Signature: ___  Date: ___  ☐ Upheld Grievance Response

Original (Facility Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

TO: FEDERAL INVESTIGATORS &
CAPTAIN & LIEUTENANT ON
DUTY.                      9-21-07
(EXTREMELY URGENT)

| Type of Grievance (Place an X in the corresponding category) | NEED HOT WATER AND A RAZOR AND STILL HAVING | Date / Time: |
|---|---|---|
| | | Facility: |
| | | Deputy / Star # |
| ___ Classification    ___ Jail Medical Services | PROBLEM | Code |
| ___ Psych Services    ___ Food Services | WITH THESE | Log Number 907123 |
| ___ Telephone         ___ Other | DEPUTIES. IT'S LIKE AD-SEG BEING HERE. | |

**Prisoner's Name:** WALTER REDMOND  **Jail #** 2324784  **Cell #** INFIRMARY

**Grievance** (Please be specific: time, date, etc.) CORRECT ME IF I'M WRONG, I CALL IT A FORM OF DERELICTION OF DUTY, IF IN FACT WHAT THEY TELL ME IS TRUE. THAT IF YOU'RE IN SICK-BAY/INFIRMARY, THAT A DEPUTY IS SUPPOSED TO GET YOUR HOT WATER FOR YOU, WHICH IS ACROSS THE HALL FROM MY ROOM, TAKES 60 SECONDS TO REACH. I JUST ASKED A DEPUTY, AND WAS AGAIN REFUSED, THEY SEEM TO ALL HAVE THE SAME DEMEANOR AND CHARACTER, LIKE THEIR TO "BIG TIME" TO GOOD, "THE BIG HEAD" BECAUSE WE'RE INMATES WE'RE LOW CLASS, I OWN REAL ESTATE IN TWO STATES, LIVE IN SALT LAKE CITY, ALL MORMON FRIENDS, I'M L.D.S., MY CHURCH CAN BUY & SELL THESE DEPUTIES LIKE CANDY! NO HUMILITY, OR COLLEGE EDUCATION, AND THEY SEEM SPIRITUALLY BANKRUPT, LOW ON THE TOTEM POLE...AND SOME THINK THEY'RE TO GOOD TO GET A CUP OF COFFEE, HOT WATER I MEAN. THEIR ARE GOOD DEPUTIES, BUT THE ONES THAT ARE RUDE, I KNOW JUST HOW IGNORANT THEY ARE, INNER CITY, YOU CAN SEE IT IN THEIR DEMEANOR, THEIR SPEECH, AND THEY

**Prisoner's Signature** Walter Redmond  9-21-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  9-21-07

GIVE THE BADGE A BAD NAME. IGNORANCE IS A CANCER, AND A DISEASE, THAT'S KILLING AMERICA.

Note: After you have finished and signed this form, take your PINK copy for your records.

(margin left: (CHARACTER DEFECTS) → EVERY TIME I ASK FOR WATER, A RAZOR OR PHONES IT'S LIKE THESE DEPUTIES MAKE YOU HATE YOU ASKED.)

**Staff member's response:**

**Signature:** _____ **Date:** _____ ☐ Satisfied With Response  ☐ Prisoner Appeal
**Prisoner's Signature:** _____

**Supervisor's response:**

**Signature:** _____ **Date:** _____ ☐ Satisfied With Response  ☐ Prisoner Appeal
**Prisoner's Signature:** _____

**Facility Commander response:**

**Signature:** _____ **Date:** _____ ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form *(EXTREMELY URGENT)*

To: SENIOR MGT OF MEDICAL DEPT. @ FACILITY & CAPTAIN & LIEUTENANT (9-22-07)

**Type of Grievance**
(Place an X in the corresponding category)

- [ ] Classification
- [ ] Psych Services
- [ ] Telephone
- [✓] Jail Medical Services
- [✓] Food Services
- [✓] Other

MS. MARY ANN, BECAUSE OF DEDICATION, PROFESSIONALISM, AND AN EFFICIENCY CODE TO KEEP THIS FACILITY FUTURE LITIGATION/LAW SUITS, DETERRING INCIDENTS LIKE THIS. SHE HAS LEADERSHIP QUALITIES, ABSOLUTELY DUAL

**Date / Time:** ___
**Facility:** ___
**Deputy / Star#:** ___
**Code:** ___
**Log Number:** 907123

**Prisoner's Name:** WALTER REDMOND  9-22-07   **Jail #** 2324796   6   **Cell #** INFIRMARY

**Grievance** (Please be specific: time, date, etc.) DEAR SIR/Ma'am, I WOULD LIKE TO AGAIN THANK MS. MARY ANN, THE GRAVEYARD SHIFT, FOR SAVING ME 9-14-07 FRIDAY NIGHT 9 DAYS AGO, FOR RESCUING & COMING TO BAT FOR ME AFTER I WAS PUT IN UNSANITARY, UNHEALTHY, UNWHOLESOME CONDITIONS, BEING THROWN IN AN UNCLEAN CELL WITH NO LINEN/BLANKETS, NO HAND SANITIZERS, ABSOLUTELY NOTHIN' FOR FOUR HOURS, BY THE DEPUTIES HERE @ THIS FACILITY 7:30PM THAT DAY. THESE CONDITIONS BROKE STATE & FEDERAL LAWS. I HAD JUST CAME FROM SURGERY AT S.F. GENERAL, WHERE I RECIEVED AN 8 INCH LACERATION IN MY BACK, WHICH REQUIRED 23 STEEL STAPLES TO CLOSE! I HAD A CLEAN ENVIRONMENT IN RECOVERY ROOM, BUT WHEN I RETURNED TO C.J.#5 @ SAN BRUNO JAIL, I WAS PUT IN A CELL WITH NOTHING @ ALL, JUST AFTER MAJOR SURGERY, LIKE A CELL IN THE COUNTRY OF OLD MEXICO, SOUTH OF THE BORDER. AFTER TWO HOURS +, I WAS GIVEN BLOODY SHEETS (DRIED) FLUIDS FROM MY BED I HAD BEFORE. 4 TABLESPOONS OF DRIED BLOOD FROM BIOPSY LEAKAGE! MARY ANN CAME TO MY RESCUE, ORDERING THEM TO

**Prisoner's Signature** Walter Redmond  9-22-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Health Services to disclose GET CLEAN information contained in my records which pertain to the above complaint to the Sheriff's Department. LINEN, I WAS PUT AT RISK, WITH FILTHY

**Prisoner's Signature** Walter Redmond  9-22-07    LINEN FROM LAST WEEK.

Note: After you have finished and signed this form, take your PINK copy for your records.  SHE DESERVES PROMOTION FOR LEADERSHIP...

**Staff member's response:**

---

**Signature:** ___   **Date:** ___
**Prisoner's Signature:** ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:**

---

**Signature:** ___   **Date:** ___
**Prisoner's Signature:** ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

---

**Signature:** ___   **Date:** ___   ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)