WALTER REDMOND #2324794
C.J. #5 @ "BRUNO"
P.O. BOX #67
SAN BRUNO, CA. 94066



UNITED STATES DISTRICT COURT @ NORTHERN
DISTRICT OF CALIFORNIA
450 Golden Gate Avenue Rm #396
P.O. BOX #36060
SAN FRANCISCO, CA. 94102
C/O MR. RICHARD W. WIEKING
       CLERK
CASE # C 07 4988 CW (PR)