Name: Walter Redmond
Address: P.O. BOX 67@ San Bruno, CA. 94066
Telephone: (803) 530-1136 MESSAGE #

RECEIVED
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Filed
OCT 26 2007

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Redmond<br>Plaintiff,<br><br>v. San Francisco Sheriffs,<br>San Francisco Police Dept.<br>City and County of San Francisco<br>et al,<br>Defendants | CASE # C 07 4988 CW (PR)<br>FILED SEPT. 26, 2007<br><br>MOTION FOR OFFICIAL SERVICE OF PROCESS<br><br>Civil No: ___ |

The plaintiff in the above entitled matter hereby moves the court for an order directing the United States Marshal's Service to serve process pursuant to 28 U.S.C. § 1915.

The court has already approved my application to file the matter in forma pauperis. The full names and addresses of the defendants are contained in the complaint.

Dated this ___ day of October ___, 2007

Walter Redmond
Walter Redmond 10-19-07

Name: Walter Redmond
Address: P.O. Box 67 @ San Bruno, CA. 94066
Telephone: (803) 530-1136 MESSAGE #

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| Walter Redmond<br>Plaintiff<br><br>v.<br><br>San Francisco Sheriff's Dept.<br>City and County of San Francisco<br>Defendants    et al, | CASE #: C 07 4988 CW (PR)<br>FILED: SEPT. 26, 2007<br><br>CERTIFICATE OF SERVICE<br><br>Civil No: ___ |
|---|---|

I hereby certify that a copy of the foregoing
_____ was mailed/delivered to
(Name of pleading)            (choose one)

_____ at _____
(Name of defendant(s) or        (Address)
defendants attorney)

on _____, 20__.
   (Date)

_____
(Signature of person mailing document)