Slater Redmond
P.O. Box 67
San Bruno, CA. 94066

United States District Court
For Northern California
450 Golden Gate Ave.
Clerk of the Court
℅ Richard W. Wieking
CASE # C 07 4988 CW (PR)

