Walter Redmond
P.O. Box 67
San Bruno, Ca. 94066

The United States District Court
For Northern District of California
Clerk of the Court/Richard W. Wieking
450 Golden Gate Ave
San Francisco, California 94102
CASE# C 07 4276 CW (PR)

9410233661 0004

02 1M
0004236051
MAILED FROM ZIPCODE 94103
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
NOV 05 2007