RE: DOCUMENTS

12-7-07

Dear Sir,

these are papers supporting my case, filed at the time of incident. My witness is on leave until January I learned recently, Mary Ann (R.N.) nurse. Please file these with my case #: C 07 4988 CW (PR)

Sincerely

Walter Redmond

12-7-07

**FILED**

DEC 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF

# San Francisco County Jail Facility
## Prisoner Grievance Form

COMMENDATION'S & STATEMENTS TO: MS. MARY ANNE (NURSE)
TO: SENIOR MEDICAL MGT. OR CAPTAIN  9-15-07
(VERY URGENT)
I WANT TO THANK THE GRAVEYARD NURSE...
(MARY ANN)

**Type of Grievance**
(Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services
- ___ Food Services
- ___ Other

MS. MARY ANN EXTENDED HER PROFESSIONAL EXPERTISE WHEN SHE ARRIVED AT 11:00AM. SHE GOT ME CLEANED-UP, CLEAN LINEN, A STERILE ENVIRONMENT, LIKE I HAD AT RECOVERY ROOM @ HOSPITAL.

**Date / Time:** 9/15/7
**Facility:** CJ-5 1330
**Deputy / Star #** Sgt Mac #1390
**Code:**
**Log Number:** 107050

**Prisoner's Name:** WALTER REDMOND
**Jail #** 2324794
**Cell #** AD-SEG / MEDI

**Grievance** (Please be specific: time, date, etc.) I WANT TO EXTEND MY "PROFOUND THANKS" AND APPRECIATION TO THE NIGHT SHIFT / GRAVE YARD NURSE FOR HER PROFESSIONAL DEMEANOR, CONCERN, AND DEDICATION TO THE NURSING PROFESSION, AND ARENA. I WAS JUST OUT OF SURGERY FROM GENERAL HOSPITAL, AND THE SWING SHIFT HAD PUT ME AT RISK OF INFECTION, THEY HAD NO COMPASSION OR SKILLS TO HELP, THEY DIDN'T EVEN TRY! THE GRAVEYARD NURSE SAW TO IT I WAS GIVEN CLEAN LINEN, CHANGED BANDAGES, LOOKED OVER MY DRAINAGE APPARATUS, STILL HOOKED UP TO MY OPEN WOUND. THIS NIGHT NURSE (WHITE WOMAN — LONG PONYTAIL) WAS VERY EFFICIENT, LIKE NURSES AT S.F. GENERAL RECOVERY ROOM, AFTER SURGERY. SHE SAW THAT I WAS IN UNSTERILE CONDITIONS, AND TOOK A LEADERSHIP ROLE TO RECTIFY THE ENTIRE MATTER AT ONCE! SHE (MARY ANN) GOT ME HAND SANITIZER, AND SOAP TO HELP ME MAINTAIN STERILITY, BY KEEPING CLEAN. SOMEHOW SHE ORDERED DEPUTIES TO ALSO GET CLEAN LINEN IMMEDIATELY. MARY ANN WAS A TRUE PROFESSIONAL AND WORTHY OF PROMOTION... SHE'S A BORN LEADER...

**Prisoner's Signature** Walter Redmond  9-15-07

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  9-15-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** _____  **Date:** _____
**Prisoner's Signature:** _____  ☐ Satisfied With Response  ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmon, Thank you for acknowledging my amazing staff

**Signature:** _____  **Date:** 09/10/07
**Prisoner's Signature:** Walter Redmond  ☑ Satisfied With Response  ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____  **Date:** _____  ☐ Upheld Grievance Response

Original (Facility Copy)     Gold (Response To Prisoner)     Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

*TO: FEDERAL INVESTIGATORS & CAPTAIN'S ON DUTY 9-15-07 (VERY URGENT)*

**Type of Grievance** (Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- ✓ Jail Medical Services
- ___ Food Services
- ___ Other

*I WAS GIVEN FILTHY BLOODY LINEN LAST NIGHT @ 8:00PM, AFTER HAVING SURGERY BLOODY, SOILED TWO WEEK OLD LINEN! AND THEY LAUGHED AT ME! (IGNORANCE)*

**Date / Time:** 9/15/07 1148 HRS
**Facility:** CJ-5
**Deputy / Star #:** B. #1606
**Code:** 
**Log Number:** 107050

**Prisoner's Name:** Walter Redmond
**Jail #:** 2324794
**Cell #:** AD-SEG

**Grievance** (Please be specific: time, date, etc.) I CAME FROM THE HOSPITAL S.F. GENERAL LAST WEEK, 9 DAYS AGO AND WAS RETURNED TO MY DORM, TO BE ABLE TO ACCESS MY READING MATERIAL, AND PERSONALS. LAST NIGHT I CAME FROM SURGERY AGAIN, AND WAS PUT IN A ROOM AND GIVEN NO BLANKETS FOR TWO HOURS, AND WHEN THEY DID GIVE ME BLANKETS, THEY WENT AND GOT BLOODY SOILED BLANKETS OFF OF MY BED, THE STITCHES HAD POPPED 24 HOURS BEFORE, AND THERE WAS ABOUT 4 TABLESPOONS OF BLOOD AND PUSS THAT HAD DRIED INTO THE SHEETS, THEY THREW THEM IN THE ROOM AND WENT BACK TO THE DESK AREA. THE INTERCOM SYSTEM WAS STILL ON, AND I HEARD THEM ALL LAUGHING AT THE FRONT DESK. ELSA AND DEPUTIES ON DUTY. I HAD CLEAN STERILE LINEN @ HOSPITAL BECAUSE OF SURGERY. THATS STATE AND FEDERAL LAW. THEY WOULD NOT GIVE BLOODY SOILED LINEN TO RELATIVES OF THEIRS AFTER SURGERY IM SURE! (FILTHY LINEN)

*[Left margin: GIVING ME BLOODY SOILED LINEN AFTER SURGERY IS AGAINST FEDERAL AND STATE LAW. CAUSE FILTHY LINEN...]*

**Prisoner's Signature:** Walter Redmond    9-15-07

Must be signed for all Medical / Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature:** Walter Redmond    9-15-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** 
**Prisoner's Signature:** 
**Date:** 
☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, I will definitely look into this situation, and the appropriate action will be taken. I guarantee. [illegible signature]

**Signature:** [signature]
**Prisoner's Signature:** [signature]
**Date:** 09/10/07
☐ Satisfied With Response    ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** 
**Date:** 
☐ Upheld Grievance Response

Orginal (Faciiity Copy)    Gold (Response To Prisoner)    Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

*TO: SENIOR MEDICAL SUPERVISOR (FEDERAL INVESTIGATORS) 9-14-07 (VERY URGENT) OR "CAPTAIN"*

**Type of Grievance** (Place an X in the corresponding category)

TO: CAPTAIN, OR SENIOR MGT. OF MEDICAL DEPT.

- [ ] Classification
- [ ] Psych Services
- [ ] Telephone
- [x] Jail Medical Services
- [ ] Food Services
- [x] Other (FEDERAL VIOLATIONS) (EXTREMELY URGENT)

**Date / Time:** 9/14
**Facility:** CJ 5
**Deputy / Star #:** Bummer 1912
**Code:**
**Log Number:** 109050

*(EXTREMELY URGENT FEDERAL & STATE VIOLATIONS)*

**Prisoner's Name:** Walter Redmond   **Jail #** 2324794   **Cell #** 2A - #7

**Grievance** (Please be specific: time, date, etc.): I HAVE JUST COME FROM SURGERY WHERE I HAVE A 9 INCH WOUND, PUT UNDER GENERAL ANASTESIA, AND WHEN TRANSPORTED FROM GENERAL HOSPITAL AT 7:00PM ON FRIDAY I WAS THROWN IN A CELL AND GIVEN FILTHY BLOOD-STAINED BLANKETS FROM MY SURGERY TWO WEEKS AGO, PUT IN AD-SEG, AND SEPARATED FROM EVERYONE THOUGH I AM VERY WIDE AWAKE AND COHERENT AND OF SOUND-MIND. I KNOW THIS TO BE A FEDERAL AND STATE VIOLATION WITH SOILED UNSANITARY BLANKETS, WHEN I HAVE JUST COME OUT OF SAN FRANCISCO GENERAL HOSPITAL IN A STERILE ENVIRONMENT, BECAUSE OF MY SURGERY. I WAS DENIED BLANKETS FOR AN HOUR UPON MY ARRIVAL, PUT IN AN AD-SEG CELL, AND MY CALL BUTTON WAS COMPLETELY IGNORED AS WELL AND WHEN MY BLANKETS ARRIVED THEY WERE FILTHY BLOOD STAINED TWO WEEK OLD SHEETS

**Prisoner's Signature:** Walter Redmond   9-14-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature:** Walter Redmond   9-14-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** _____   **Date:** _____
**Prisoner's Signature:** _____   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, I will look into this situation. Thank you.

**Signature:** _____   **Date:** 09/10/07
**Prisoner's Signature:** _____   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____   **Date:** _____   ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

TO: FEDERAL INVESTIGATORS @ 450 GOLDEN GATE AVE. RM 396 "CAPTAIN" 9-14-07 (VERY URGENT)

**Type of Grievance** (Place an X in the corresponding category)

- ___ Classification
- ___ Psych Services
- ___ Telephone
- _X_ Jail Medical Services
- ___ Food Services
- (URGENT) Other

THIS HAPPENED ON 9-14-07 @ 8:00AM, ELSA HEAD NURSE ON DUTY @ TIME OF ARRIVAL. I REQUESTED CLEAN LINEN SHE DISREGARDED ME.

**Date / Time:** _____
**Facility:** _____
**Deputy / Star#:** _____
**Code:** _____
**Log Number:** 107050

**Prisoner's Name:** WALTER REDMOND   **Jail #:** 2324794   **Cell #:** 2A - #7

**Grievance** (Please be specific: time, date, etc.) I COMPLETED SURGERY TWO WEEKS AGO AROUND 9-1-07 (GEN. ANISTESIA) @ S.F. GENERAL HOSP. FOR A BIOPSY, AND UPON RETURNING TO C.J. #5/COUNTY JAIL @ BRUNO I WAS SENT BACK TO MY DORM IN 2A DORM TO MY ROOM, CLEAN SHEETS & BLANKETS, IMPORTANT PAPERWORK AND MY BOOKS, @ GEN. POPULATION. I RETURNED FROM SURGERY AGAIN - FULL BLOWN SURGERY ON FRIDAY NIGHT 9-14-07 AND WAS LOCKED IN AN AD SEG CELL AND GIVEN BLOODY SOILED SHEETS AFTER BEING DENIED BLANKETS FOR 2 HOURS COMPLETELY, I WAS GIVEN BLOODY SOILED SHEETS OFF OF MY BUNK, MY STITCHES HAD BURST 24 HOURS EARLIER. 9-13-07 I HAD INFORMED MEDICAL CLINIC MY BED WAS SOILED AND BLOODY, FOUR TABLE SPOONS EQUIVALENT, A LOT, AND - NO RESPONSE! I WAS TAKEN TO GENERAL FOR SURGERY, RETURNED TO HAVE FILTHY SOILED SHEETS FROM MY BED THROWN INTO MY CELL. (ENOUGH TO GET INFECTION)

**Prisoner's Signature** Walter Redmond  9-14-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  9-14-07   THEY LAUGHED (DEPUTIES ALSO AT ME!)

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** _____   **Date:** _____
**Prisoner's Signature:** _____   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. [illegible] I will look into this situation. Thank you.

**Signature:** [signature]   **Date:** 09/14/0[?]
**Prisoner's Signature:** Walter Redmond   ☒ Satisfied With Response   ☐ Prisoner Appeal

**Facility Commander response:**

**Signature:** _____   **Date:** _____   ☐ Upheld Grievance Response

Original (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

[Left margin: IF ANY OF THIS STAFF'S RELATIVES HAD BEEN IN SURGERY THEY WOULD SEE TO IT THEY HAD CLEAN LINEN - ABSOLUTELY!]

[Bottom margin: I WAS GIVEN FILTHY BLOODY SOILED LINEN TWO WEEKS IN A ROW, AND LAUGHED @ HUGELY AND DISRESPECTED.]