UNITED STATES
Northern Distri
1301 Clay St
Oakland, CA
www.cand.

Richard W. Wieking
Clerk

Novem

Walter Ray Redmond
#2324794
C.J. #5-2A
P.O. Box 67
San Francisco, CA 94115

Dear Sir:

The court has received your letter of inquiry regar

You will be notified as soon as the court issues an
changes of address to ensure you receive court ord

You must include the case name and complete ca
court for consideration in your case.

A docket sheet for your case is attached, which in
date.

Sincerely,

Writ Clerk
enclosure

