Walter Ray Redmond #2324794
C.J. #5-2A
P.O. Box 67
San Francisco, CA 94115

CV07-04988 CW

