NAME: Walter Redmond
ADDRESS: P.O. BOX 67 @ San Bruno, Ca. 94066
TELEPHONE.

DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Redmond<br>　　　Plaintiff<br>　　　v.<br>San Francisco Sheriffs Dept.<br>City & County of San Francisco<br>Sheriff Michael Hennessy et al,<br>　　　Defendants | CASE #: C 07 4988 CW (PR)<br><br>MOTION PETITIONING THE COURT TO ORDER DEFENDANTS TO REPLY<br><br>Civil Action No.____ |

## ＊ MOTION ORDERING DEFENDANTS TO REPLY ＊

　　I Walter Redmond am the plaintiff in the above entitled case. I do hereby respectfully request and petition the court to grant a motion ordering defendants to reply to complaint #C 07 4988 CW (PR). The incident on 9-14-07 was a bon-a-fide error, and medical negligence on the part of the nursing staff, and deputies on duty that evening.

　　Walter Redmond
_____

12-15-07
_____
San Bruno, Ca. 94066

FILED
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF