Walter Redmond
P.O. Box 67
San Francisco, Ca. 9466

RECEIVED
07 DEC 21 PM 2:46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
450 Golden Gate Ave
c/o Richard W. Wieking Clerk of Court
San Francisco, California 94103