NAME:
ADDRESS: P.O. Box 407 @ San Bruno, Ca. 94066
TELEPHONE:

12-20-07
CASE#: C 07 4988 CW (PR)

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
v.
San Francisco Sheriffs
San Francisco County-Medical Dept.
City of San Francisco et al,
    Defendants

CASE#: C 07 4988 CW (PR)

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Civil Action No. ___

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff [Walter Redmond], pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party (new issue). (NURSE PRACTITIONER) (MS. LAVOY et al.) Since the filing of the complaint, plaintiff has had to endure medical negligence, due to denial of pain medication after a surgery, where he had 23 staples in his shoulder, on a 12 inch laceration. At 51 years old plaintiff has broken bones from two near fatal car accidents, ruptured lower disc in his back, Hepititus "C" → (liver pain) due to hep "C", and has file at S.F. General for these ailments, also at Maxine Hall Clinic. Plaintiff respectfully requests that defendants be ordered to comply. It is now winter and broken bones tend to hurt more. Defendants have had absolutely no regard to Mr Redmond's medical problem, or checking records at local hospital.

Walter Redmond      12-20-07

# San Francisco County Jail Facility
## Prisoner Grievance Form

TO: NURSE PRACTITIONER OR DOCTOR 12-13-07 (EXTREMELY URGENT)

#5-D-B-1

**Type of Grievance** — I NEED PAIN MEDS IN THE MORNING, WHEN I AM STIFF AND MY BONES ACHE MORE, AND MY BACK STOPS ME FROM STANDING.
(Place an X in the corresponding category)

___ Classification   ___ Jail Medical Services
___ Psych Services   ___ Food Services
___ Telephone        ___ Other

**Date / Time:** ___
**Facility:** ___
**Deputy / Star#** ___
**Code** ___
**Log Number** ___

**Prisoner's Name:** WALTER REDMOND   **Jail #** 2324794   **Cell #** 1

**Grievance** (Please be specific: time, date, etc.) I AM STILL IN PAIN IN THE MORNING, AND REQUIRE MEDICATION BECAUSE OF EXCEEDING LOWER BACK PAIN FROM A RUPTURED DISC. I HAVE BEEN ALSO HURTING IN MY WOUND ON MY SHOULDER, WHERE A LIPOMA WAS REMOVED 9-14-07, SURGERY THAT 23 STAPLES WERE HOLDING A 10 INCH LACERATION. I ALREADY GET #3 CODEINES @ 9:00PM PILL-CALL, BUT I ACHE IN MORNINGS BECAUSE IT'S WINTER. I WAITED 2 MONTHS (TWO MONTHS) TO SEE THE DOCTOR, AND STILL NOTHING HAS COME TO. I HAVE A FILE @ S.F. GENERAL, I'M 51 YEARS OLD, BEEN IN TWO NEAR FATAL ACCIDENTS IN CARS, AND HAVE BROKEN RIBS, SHIN, THUMB, AND TOE BONES THAT HURT, AND YOU ALL NEED TO TAKE X-RAY SINCE YOU WON'T GO IN GENERAL'S FILE TO CHECK AND CONFIRM. I NEED PAIN MEDICATION #3'S AT LEAST TWICE A DAY. IN THE MORNINGS, THEN 4:30PM, THEN @ 9:00PM.

**Prisoner's Signature** Walter Redmond  12-13-07

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond  12-13-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

**Signature:** ___   **Date:** ___
**Prisoner's Signature:** ___   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, [illegible] kind (written reply attached) [illegible]

**Signature:** ___   **Date:** 12/17/[07]
**Prisoner's Signature:** Walter Redm___   ☐ Satisfied With Response   ☑ Prisoner Appeal

**Facility Commander response:** I don't agree!

**Signature:** ___   **Date:** ___   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

# San Francisco County Jail Facility
## Prisoner Grievance Form

*TO: NURSE PRACTITION[ER] ON DUTY @ 12-19-[07] EXTREMELY URGENT*

**Type of Grievance**
(Place an X in the corresponding category)

_____ Classification
_____ Psych Services
_____ Telephone
✓ Jail Medical Services
_____ Food Services
_____ Other

*I NEED MY PAIN MEDICATION IN THE MORNING WHEN I AM STIFF, JUST WAKING UP MUST.*

Date / Time: _____
Facility: _____
Deputy / Star# _____
Code _____
Log Number _____

**Prisoner's Name:** WALTER REDMOND   **Jail #** 2324794   **Cell #** 2B

**Grievance** (Please be specific: time, date, etc.)

I HAVE BEEN OUT OF MEDICATION FOR DAYS NOW AND I STILL HAVE LOWER BACK PAIN FROM MY RUPTURED LOWER DISC AND MUSCLES IN BACK. I HAD TO WAIT TWO MONTHS TO SEE A NURSE BEFORE, AND THOUGH I HAVE A FILE @ GENERAL FOR BROKEN BONES ALSO I STILL HAVEN'T BEEN GIVEN MEDICATION FOR PAIN, AND I'M ABOUT TO FILE A FEDERAL COMPLAINT (SECTION 1983 - 42 U.S.C.) WITH FEDS. I HAVE PAIN FROM MY SURGERY WOUND ALSO, IT IS WINTER TIME AND I'M 51 YEARS OLD, AN REQUIRE MEDICATION AT TIMES WHICH I WHERE HAVE ON THE STREETS. PLEASE PRESCRIBE MY PAIN MEDICATION AS BEFORE. I NEED TO SEE THE NURSE PRACTITIONER. I ALSO HAVE UPSET STOMACH FROM THE #3 CODEINES, AND REQUEST VICODEN PLEASE. I NEED TO BE SEEN TODAY - NOT IN 2 MONTHS.

**Prisoner's Signature** Walter Redmond   12-19-07

*Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.*

**Prisoner's Signature** Walter Red   12-19-07

*Note: After you have finished and signed this form, take your PINK copy for your records.*

**Staff member's response:**

Signature: _____   Date: _____
Prisoner's Signature: _____   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, Please recv written reply attached.

Signature: _____   Date: 12/17/07
Prisoner's Signature: _____   ☐ Satisfied With Response   ☒ Prisoner Appeal

**Facility Commander response:** I don't agree.

Signature: _____   Date: _____   ☐ Upheld Grievance Response

Orginal (Facility Copy)   Gold (Response To Prisoner)   Pink (Prisoner Copy)

TO: MEDICAL SUPERVISOR C.E.O.
12-11-07
(EXTREMELY URGENT)

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
*(Place an X in the corresponding category)*

| | |
|---|---|
| ___ Classification | _X_ Jail Medical Services |
| ___ Psych Services | ___ Food Services |
| ___ Telephone | ___ Other |

Date / Time: _____
Facility: _____
Deputy / Star# _____
Code _____
Log Number _____

**Prisoner's Name:** Walter Redmond     **Jail #** 2324794     **Cell #** 2B @ #1

**Grievance** (Please be specific: time, date, etc.) I AM IN PAIN IN THE MORNINGS FROM LOWER BACK, BECAUSE OF SLIPPED, AND RUPTURED DISC. I AM IN PAIN IN MORNINGS, AND AT HOME I TAKE MEDICATION BEFORE WORKING CONSTRUCTION AT TIMES. I NEED PAIN MEDICATION AT 51 YEARS OLD, WITH BONES THAT HAVE BEEN BROKEN. I WAITED FOR 2 MOS. TO SEE THE DOCTOR AND THE PURPOSE WAS DEFEATED. DO YOU KNOW THAT JUMPING OFF THE BUNK AT MY AGE, AFTER HAVING BACK INJURY ON FILE, MAKES THE PROBLEM WORSE. I CAN FILE A FEDERAL COMPLAINT FOR THE PAIN YOU'VE MADE ME ENDURE THUS FAR. MY SURGERY WOUND HAS BEEN HURTING. I HAD 23 STAPLES IN MY SHOULDER, AND 9-14-07 IT WAS OPERATED ON. I HAVE A 10 INCH SCAR ON MY BACK, A FRESH WOUND THAT NOW HURTS. I NEED PAIN MEDICATION IN THE MORNINGS ALSO. PLEASE LET ME SEE DOCTOR, CHECK MY RECORD @ S.F. GENERAL HOSPITAL. (URGENT)

**Prisoner's Signature** Walter Redmond    12-11-07

Must be signed for all Medical /Psychiatric Grievances. I hereby authorize Jail Health Services to disclose information contained in my records which pertain to the above complaint to the Sheriff's Department.

**Prisoner's Signature** Walter Redmond    12-11-07

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**




Signature: _____    Date: _____
**Prisoner's Signature:** _____    ☐ Satisfied With Response    ☐ Prisoner Appeal

**Supervisor's response:** Hello Mr. Redmond, you are on a list for pain medication. You have been placed on the nurse practitioner's chart review list. [illegible]

Signature: [illegible]    Date: 12/17/07
**Prisoner's Signature:** Walter Red[mond]    ☐ Satisfied With Response    ☑ Prisoner Appeal

**Facility Commander response:** I do not agree!

Signature: _____    Date: _____    ☐ Upheld Grievance Response

Original (Facility Copy)         Gold (Response To Prisoner)         Pink (Prisoner Copy)

TO: NURSE PRACTITIONER/DOC
2B01
12-9-07
(EXTREMELY URGENT,
* NEED DAY MEDICATION *

# San Francisco County Jail Facility
## Prisoner Grievance Form

**Type of Grievance**
(Place an X in the corresponding category)

NEED TO SEE THE DOCTOR ABOUT ME GETTING PAIN MEDS IN THE MORNINGS. I'M 51 YEARS OLD HAVE ARTHRITIS/PAIN.

___ Classification
___ Psych Services
___ Telephone
✓ Jail Medical Services
___ Food Services
___ Other

Date / Time: _____
Facility: _____
Deputy / Star #: _____
Code: _____
Log Number: _____

**Prisoner's Name:** WALTER REDMOND    **Jail #** 2324794    **Cell #** 2B @ #1

**Grievance** (Please be specific: time, date, etc.) I HAVE A RUPTURED DISC IN MY LOWER BACK, AND BROKEN RIBS THAT HURT DURING WINTER. I GET PAIN MEDICATION IN THE MORNINGS. I HAVE A FILE AT GENERAL HOSPITAL, AND I DON'T BELIEVE YOU ALL HAVE EVER LOOKED. IT TOOK TWO MONTHS FOR ME TO SEE THE NURSE/DOCTOR LAST WEEK, AND I WAS GIVEN PAIN MEDICATION BEFORE BED, TWO #3 CODEINES, BUT DURING THE DAY I SOMETIMES CAN'T GET UP TO WALK FOR LOWER BACK PAIN, SEVERE ACHES. THE NURSE PRAC. SAW ME IN PAIN THE MORNING, I SAW HER. MY SURGERY WOUND IS IN PAIN WHERE I HAD 24 STAPLES IN MY BACK 9-14-07. I DON'T UNDERSTAND THE PROBLEM. I HAVE A FILE AT MAXINE HALL CLINIC IN WESTERN ADDITION @ FILLMORE, AND S.F. GENERAL HOSPITAL. IT TOOK 2 MONTHS FOR ME TO BE SEEN, AND I STILL WASN'T GIVEN THE MEDICATION I NEED. I CAN ALWAYS FILE A FEDERAL COMPLAINT, GRIEVANCES ARE A WASTE OF MY TIME, I C.C.

**Prisoner's Signature** Walter Redmond 12-9-07

Must be signed for all Medical/Psychiatric Grievances. I hereby authorize Jail Health Services to disclose TO U.S. information contained in my records which pertain to the above complaint to the Sheriff's Department.    MARSHALS

**Prisoner's Signature** Walter Redmond

Note: After you have finished and signed this form, take your PINK copy for your records.

**Staff member's response:**

Signature: _____   Date: _____   ☐ Satisfied With Response   ☐ Prisoner Appeal

**Prisoner's Signature:** _____

**Supervisor's response:** Hello Mr. Redmond, please find written reply attached. Thank you.

Signature: [signed]   Date: 12/17/07   ☑ Satisfied With Response   ☐ Prisoner Appeal

**Prisoner's Signature:** Walter Redm[ond]

**Facility Commander response:**

Walter Redmond

I don't agree with this.

Signature: _____   Date: _____   ☐ Upheld Grievance Response

**Orginal (Faciility Copy)**   **Gold (Response To Prisoner)**   **Pink (Prisoner Copy)**