WALTER REDMOND
P.O. BOX 67 @ SAN BRUNO, CA.
SAN FRANCISCO, CA.
94066

TO:
UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK OF COURT
450 GOLDEN GATE AVE. P.O. BOX 36060
SAN FRANCISCO, CALIF. 94102
% JUDGE RICHARD W. WIEKING

CASE #: C 07 4988-CW (PR)

[Postmark: DEC 3 1 2007]
[Stamp: USA 41]