NAME:
ADDRESS: P.O. Box #61 @ San Bruno, Ca. 94066
TELEPHONE:

12-20-07
CASE #: C 07 4988 CW (PR)

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Walter Redmond Plaintiff v. San Francisco Sheriffs San Francisco County - Medical Dept. City of San Francisco et al, Defendants | MOTION TO REQUEST APPOINTMENT OF COUNSEL  Civil Action No. ___ |

### MOTION APPOINTMENT OF COUNSEL / ATTORNEY

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff Walter Redmond moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

#1. Plaintiff is unable to afford counsel. He has requested leave to proceed _in forma pauperis_.

#2. Plaintiff's imprisonment will greatly limit his ability to litigate efficiently. The issues in this case may require significant research and investigation. Plaintiff has extremely limited access to law library, and limited knowledge of the law.

#3. A trial in this case will involve conflicting testimony, and a competant, experienced attorney would better enable plaintiff to present evidence, and cross-examine witnesses.

WHEREFORE, plaintiff respectfully requests that the court appoint _____, a member of the _____ Bar, as counsel in this case.

CON'T.

12-20-07
Date

Walter Redmond
Signature, print name below

WALTER REDMOND

P.O. Box 67@ San Bruno, Ca. 94066