NAME:
ADDRESS: P.O. Box #671@ San Bruno, Ca. 94066
TELEPHONE:

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Redmond<br>Plaintiff<br><br>V.<br><br>San Francisco Sherriffs @ Medical Dept.<br>San Francisco County<br>City of San Francisco et al,<br>Defendants | CASE#: C 07 4988 CW (PR)<br><br>MOTION TO REQUEST<br>DATE FOR TRIAL<br><br>Civil Action No.___ |

## ⊁ MOTION TO REQUEST A TRIAL DATE ⊁

WHEREFORE, plaintiff hereby respectfully requests, and petitions the court, for a trial date in 2008 in regards to the aforemention litigation. Plaintiff is experiencing medical negligence, being deprived of much needed medication, and has scince filed an additional motion (Amended Complaint). Plaintiff feels that his complaint has exceeding merit, and would like a date for a trial in the near future. Your consideration in this petition will be greatly appreciated.

Walter Redmond
_____

12-18-07
_____