NAME: Walter Redmond
ADDRESS: P.O. BOX #67 @ SAN BRUNO, CA. 94066    CASE#: C 07 4988 CW (PR)
TELEPHONE:                                      1-5-08

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Redmond <br> Plaintiff <br> v. <br> San Francisco Sheriff's Dept. <br> San Francisco County <br> City of San Francisco <br> Michael Hennessy Sheriff (C.E.O.) <br> Defendants     et al, | CASE # C 07 4988 CW (PR) <br> MOTION FOR A SUMMARY JUDGEMENT <br> Civil Action No. ___ <br> FILED <br> JAN 14 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |

## MOTION FOR A SUMMARY JUDGEMENT

WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby respectfully request a summary judgment in this matter. All "material fact" is bon-a-fide, and did occur on 9-14-08. The events that occured at C.J. #5 jail once I arrived from having surgery 3 hours earlier, was breach of both federal, and state protocol. Please thoroughly investigate this complaint.

Walter Redmond

1-5-08