

Walter Redmond
P.O. Box #67
San Francisco, CA. 94066

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVE. P.O. BOX #36060
℅ RICHARD W. WIEKING CLERK
SAN FRANCISCO, CA. 94102
P.O. BOX #36060
RE: CASE# C 07 4988 CW (PR)