NAME: Walter Redmond
ADDRESS: P.O. BOX 67 @ SAN BRUNO, CA. 94066
TELEPHONE:

1-5-08
IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 14
RICHARD W. V
CLERK, U.S. DIST
NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
    v.
San Francisco Sheriff's Dept.
San Francisco County
City of San Francisco
Michael Hennessy Sheriff (C.E.O.)
    Defendants et al,

CASE# C 07 4988 CW (PR)

MOTION TO REQUEST SWORN STATEMENTS FROM DEPUTY ANTONIO AND NURSE ELSA ON DUTY 9-14-07 @ ABOUT 6:45PM @ CONTROL.

Civil Action No. ___

---

MOTION TO REQUEST STATEMENTS & SWORN AFFIDAVITS FROM NURSE ELSA & DEPUTY

    WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby respectfully request that sworn statements be taken from nurse Elsa, and Deputy Antonio, and the Phillipino deputy who worked 9-14-07 @ 6:45 PM in the control area/Infirmary witnessing events that evening alleged in my complaint.

Walter Redmond

1-5-08