NAME: Walter Redmond
ADDRESS: P.O. BOX 67 @ SAN BRUNO, CA. 94066
TELEPHONE:

CASE#: C 07 4988 CW (PR)

1-5-08

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL/NORTHERN DISTRICT OF CALIFORNIA

Walter Redmond
    Plaintiff
v.
San Francisco Sheriffs Dept.
San Francisco County
City of San Francisco
Michael Hennessy Sheriff (C.E.O.) et al,
    Defendants

FILED — 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE#: C 07 4988 CW (PR)

MOTION TO REQUEST A SWORN STATEMENT AND AFFIDAVIT FROM NURSE MARY ANN @ JAIL FACILITY @ C.J. #5

Civil Action No. ____

## MOTION REQUESTING SWORN STATEMENT FROM NURSE MARY ANN @ SAN BRUNO JAIL C.J. #5

WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby respectfully request that a "sworn statement" be taken from nurse Mary Ann, at the C.J.#5 jail facility, that worked on 9-14-07, reporting at 11:00pm for work that evening, to discover me in the condition which amounted to negligence by medical staff.

Walter Redmond

1-5-08