1-17-08

RECEIVED
JAN 22 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir/Ma'am, (CW)

I'm broke at this time, have recieved $117.00 in 6½ mos. from family and have no means of support. That money was sent out of pity, I asked for money in July 07 when I came to jail. Why do you keep continue threatening to throw-out/dismiss my case when federal guidelines prohibit a case from being dismissed because a persons a "pauper"/poor? Please don't make me have to file a new complaint... I may file again next week, this same 4988 case just in case you (because) dismissed a case with 100% merit cause I'm broke!

Walter Ray Redmond
#2324794
P.O. Box 67
San Bruno, CA 94066

CV07-04988 CW

Dear Honorable Judge Wilken,

Godspeed into the New Year and beyond!... I'm sending a reciept as requested, and I have only 4¢ in my account. My family has sent like just over $100.00 in 6 months because I don't as for money. I'm a trustee here, meaning I work in the kitchen here at C.J.#5 @ San Bruno, but they don't pay money. I'm a telemarketer for the last 4 years, learned it living in Salt Lake City, UT. Please understand that as soon as I am released 3-14-08 I will return to work for a Walnut Creek company doing mortgage-refinancing. For now Judge Wilken I'm a 51 year old work-a-holic like yourself, but my hands are tied. I noticed you are handling both cases 4276 and 4988, I don't know if that's an advantage or not. What I do like is your name Judge Claudia Wilken, it has an integrity-ring to it... I rest my case for now — oh — morals, and values! ☮
PEAC

W. Redmond
1-18-08

Date : 01/02/2008
Time : 11:05

## Account Activity Ledger

From : 07/15/2007     To : 01/02/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2324794 | Name REDMOND, WALTER | | | Block 5M 2B 01 | | | Previous Balance | | 0.00 |
| Initial Entry | 07/15/2007 | 19:49 | B#220388 | 693800 | D | | 7.10 | | 7.10 |
| Sales Transaction | 07/18/2007 | 05:38 | I#256251 | | I | 6.25 | | | 0.85 |
| Sales Transaction | 07/25/2007 | 05:20 | I#257423 | | I | 0.64 | | | 0.21 |
| Sales Transaction | 07/26/2007 | 03:24 | I#257539 | | I | -0.64 | | | 0.85 |
| Sales Transaction | 07/26/2007 | 05:26 | I#257601 | | I | 0.64 | | | 0.21 |
| | 09/14/2007 | 15:18 | B#233237 | 721776 | D | | 30.00 | | 30.21 |
| Sales Transaction | 09/20/2007 | 05:38 | I#267111 | | I | 29.39 | | | 0.82 |
| GK55344353C | 10/06/2007 | 06:27 | B#237952 | 731796 | D | | 20.00 | | 20.82 |
| Sales Transaction | 10/11/2007 | 05:31 | I#270748 | | I | 20.37 | | | 0.45 |
| LEFT BY ALBENO REDMO | 11/20/2007 | 11:42 | B#248237 | 753752 | D | | 30.00 | | 30.45 |
| Sales Transaction | 11/29/2007 | 07:01 | I#279057 | | I | 30.41 | | | 0.04 |
| WALTER REDMOND | 12/20/2007 | 00:24 | B#255015 | 768036 | D | | 30.00 | | 30.04 |
| Sales Transaction | 12/20/2007 | 07:01 | I#282692 | | I | 30.00 | | | 0.04 |

      Deposits    5  For $    117.10
      Withdraws  0  For $    0.00
      Invoices   8  For $    117.06

*[handwritten annotation: "BALANCE" with arrow pointing to 0.04]*

ORIGINAL
FILED

DEC 1 7 2007

RICHARD W. WIEKING
NORTHERN DISTRICT
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND,

    Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPT.,
et al.,

    Defendants.
                            /

No. C 07-04988 CW (PR)

ORDER REGARDING IN FORMA PAUPERIS MOTION

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, Plaintiff did not file copies of the Certificate of Funds and prisoner trust account statement.

    Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1), (2). If the court determines that the plaintiff is unable to pay the full filing fee

at the time of filing, the plaintiff will be granted leave to proceed IFP. This means that the filing fee must be paid by way of an installment plan, according to which the court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's account until the full $350.00 filing fee is paid. Id. § 1915(b)(1). The agency having custody of the prisoner is responsible for forwarding to the court payments from Plaintiff's account each time the amount in the account exceeds ten dollars. See id.

Therefore, before the Court will proceed to review the complaint Plaintiff is hereby ORDERED to file copies of the Certificate of Funds and prisoner trust account statement. Plaintiff shall do so within thirty (30) days of the date of this Order.

Failure to file copies of Plaintiff's Certificate of Funds and prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: 12/10/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Redmond4988.IFPDocs.wpd   2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND,

    Plaintiff,

v.

SF SHERIFF'S DEPT. et al,

    Defendant.

Case Number: CV07-04988 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Ray Redmond #2324794
C.J. #5-2A
P.O. Box 67
San Francisco, CA 94115

Dated: December 10, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Redmond4988.IFPDocs.wpd    3