

Walter Redmond
P.O. Box 67
San Bruno, Ca. 94066

United States District Court
450 Golden Gate Avenue
P.O. Box #36060 @ Office of Clerk
Northern District of California
San Francisco, California 94102
℅ Richard W. Wieking
CASE #C 07 4988 CW (PR)