Name: Walter Redmond  2/9/08
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Tele:

CASE C 07 4988 CW (PR)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
* — + — DISTRICT **FILED** CALIFORNIA — + *

Walter Redmond
　　　Plaintiff
　　　　v.
San Francisco Sheriffs' Dept. @ Medical Dept.
City and County of San Francisco
Sheriff Michael Hennessy/C.E.O.
Medical Dept. @ San Bruno County Jail
Nurse Elsa/Deputy Madamba/Deputy Antonio
　　　　　　　et al,
　　　Defendants

FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION TO REQUEST A "DEPOSITION UPON WRITTEN QUESTIONS," TO BEGIN PRE-TRIAL DISCOVERY. (REQUEST ALSO LIE DETECTOR).

Civil Action No. ___

MOTION TO REQUEST A "DEPOSITION UPON WRITTEN QUESTIONS" @ PRE-TRIAL DISCOVERY

　　WHEREFORE, I am the plaintiff in this case. I Walter Redmond do hereby request to submitt a "DEPOSITION UPON WRITTEN QUESTIONS" to the court, and defendants in regards to the events on 9-14-07 at 6:45 pm in the infirmary medical area, at San Bruno County jail, when I arrived from San Francisco General Hospital "blue-Surgery" room where I recieved 23 staples in my back to close a 9 inch laceration. These questions are to be directed at both deputies who recieved me that evening, Deputies Antonio, and Madamba, along with Head Nurse Elsa, and the nurse who arrived at 11:00pm for night-graveyard shift, finding me in the unsanitary, dangerous conditions I had been left in after arriving 4½ hours earlier, Nurse Mary Ann. Please Submit these questions to Ms. Mary Ann, (witness) and defendants.

DATE: 2/9/08

SIGN: Walter Redmond

# DEPOSITION UPON WRITTEN QUESTIONS
## (LIE DETECTOR ALSO)

TO: NURSE MARY ANN @ GRAVEYARD

**QUESTIONS**

1. WHEN ARRIVING AT WORK THE EVENING OF 9-14-07, DID YOU ENTER THE INFIRMARY ROOM OF MR. WALTER REDMOND ABOUT 11:00 PM?

2. DID YOU LEARN HE HAD COME FROM SURGERY 4 HOURS EARLIER, AND DID YOU NOTICE HE HAD VERY SOILED BLANKETS, WHICH WERE FILTHY ON HIS BUNK, WHICH HAD BEEN GIVEN TO HIM BY DEPUTY ANTONIO 2 HOURS EALIER? WHEN YOU LOOKED CLOSE DID YOU NOTICE DRIED BLOOD AS PLAINTIFF COMPLAINED.

3. DID MR. REDMOND TELL YOU HE WAS PLACED IN A DIRTY ROOM BY BOTH DEPUTIES AT 6:45 PM WITH NO LINEN, SHEETS, TOWELS, HAND-CLEANER, SOAP OF ANY KIND, WHILE HEAVILY DRUGGED, SOON OUT OF RECOVERY ROOM, AT S.F. GENERAL WHERE SURGERY LEFT HIM WITH 23 STAPLES IN A 9 INCH LACERATION WOUND IN HIS BACK?

4. DID YOU OBSERVE THESE UNSANITARY, UNWHOLESOM, UNHEALTHY CONDITIONS PLAINTIFF WAS IN WHEN YOU CAME INTO HIS ROOM.

5. DID MR. REDMOND COMPLAIN TO YOU BEGGING FOR HELP?

6. DID YOU GET ANGRY OBSERVING PATIENT IN THIS CONDITION AND HURRIED OUT GIVING ORDERS TO INDIVIDUALS TO GET THE UNSANITARY BED-BLANKETS OUT, AND CLEAN LINEN, AS PLAINTIFF HAD IN RECOVERY ROOM 4 HOURS EALIER — TOWELS, SOAP, HAND CLEANER, LOTION ETC., AS A SURGERY RECOVERY PATIENT REQUIRES?

7. DID PLAINTIFF TELL YOU THAT DEPUTIES HAD PUT HIM IN THE CELL WITH ABSOLUTELY NOTHING, BUT A DIRTY, UNSANITARY CELL AT 6:45 PM, LEFT HIM FOR 2½ HOURS BEFORE BRINGING SOILED LINEN?

8. UNDER THESE CONDITIONS COULD PLAINTIFF'S WOUNDS HAVE GOTTEN INFECTED, SOIL LINEN, UNCLEAN ROOM, WHICH PATIENT HAD TO CLEAN WITH SQUIRT-BOTTLE UNDER HEAVY MEDICATION, MORPHINE FOR PAIN? OVER →

#9. How would you react if a family member of yours, husband, child, or parent of yours was put in the circumstances, or situation just after surgery, that plaintiff was subjected to?

#10. Do you think what happened to plaintiff on 3/14/08, Sept. 14th, 2007 @ 6:45 PM after arriving at C.J. #5 @ Bruno Jail violated his U.S. Constitutional Rights, both State and Federal violation?

#11. Has this ever happened at that jail before, where an inmate was put in a dirty cell, with no linen or soap after surgery Ms. Mary Ann.

#12. Mr Redmond says you're on of the best nurses that work there at C.J. #5, you care, and you're a thorough-professional individual... what do you have to say Ms. Mary Ann?

#13. Mr Redmond is relying on you as his only witness to tell the truth - what you witnessed upon arriving at work on 9-14-07 @ 6:45 PM. But he says if it threatens your job - they (your boss) threatens to fire you if you tell the truth, then plaintiff says on your account - he'll drop the lawsuit! As you cared for him, he also cares for you....