

Walter Redmond
P.O. Box 67
San Bruno, Calif. 94066

RECEIVED
FEB 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Golden Gate Ave/P.O. Box 36060
Federal Building
San Francisco, Calif 94103
Clerk of the Court - Richard W. Wieking

CASE # c 07 4988 cw (pr)
REDMOND v. SHERIFF'S DEPT.