Name: Walter Redmond  2/14/08
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Telephone:

# IN THE UNITED STATES DISTRICT COURT FOR THE
## — NORTHERN DISTRICT OF CALIFORNIA —

Walter Redmond
          Plaintiff
v.

San Francisco, Calif. Sheriffs' Dept.
Sheriff Michael Hennessy / C.E.O. & Chief
County of San Francisco
San Francisco Corporation   et al,
          Defendants

FILED
FEB 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION FOR APPOINTMENT OF COUNSEL

Civil Action No. _____

## — MOTION FOR APPOINTMENT OF COUNSEL / ATTY —

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff respectfully moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed _in forma pauperis_.
2. Plaintiffs' imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and may require significant research and investigation. Plaintiff has extremely limited access to law-library, and limited knowledge of the law.
3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross-examine witnesses.

WHEREFORE, plaintiff requests that the court appoint _____, a member of the _____ Bar, as counsel in this case.

Date: 2/14/08

Signature: Walter Redmond

Address: P.O. Box 67 @ San Bruno, Ca.
                    94066