Name: Walter Redmond
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Tele:

2/10/08

Case 4:07-cv-04988-CW    Document 23    Filed 02/13/2008    Page 1 of 1

CASE # C 07 4988 CW (PR)
REDMOND v. SHERIFF'S DEPT @
SAN FRANCISCO

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA @ SAN FRANCISCO

Walter Redmond
    Plaintiff
v.
San Francisco Sheriff's Dept./Medical Dept.
City and County of San Francisco
Sheriff & C.E.O. Michael Hennessy
    et al,
    Defendants

MOTION TO REQUEST A SUMMARY JUDGMENT

Civil Action No. _____

**FILED**
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ✳ MOTION TO REQUEST A SUMMARY JUDGMENT ✳

WHEREFORE, I Walter Redmond am the plaintiff in this case. I do hereby respectfully request that a summary-judgment be granted in my favor, and compensatory and punitive damages be granted. After the lie-detector test is given/administered, in view of the results my prayer for relief should be granted. I'm certain due to the carelessness, and lack of concern by Sheriffs' Deputies on 9-14-07 at 6:45 pm, that this wasn't the first time something of this nature has occured. I happened to be knowledgable enough concerning the law, to file a litigation. Please give me a trial-date, if in fact this motion for summary-judgment is denied.

Walter Redmond      2/10/08