IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER RAY REDMOND,

       Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPT.
et al.,

       Defendants.
_____/

No. C 07-04988 CW (PR)

ORDER OF DISMISSAL WITHOUT
PREJUDICE

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  In an Order dated December 10, 2007, the Court informed him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Court ordered the Clerk of the Court to send Plaintiff a blank in forma pauperis application.  The Court informed Plaintiff that he must pay the fee or file a completed application within thirty days or his action would be dismissed.  More than thirty days have passed and Plaintiff has not paid the filing fee or filed a completed in forma pauperis application.  Specifically, he has failed to file a copy of his Certificate of Funds.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's in forma pauperis application (docket no. 4) is DENIED as incomplete.  The Clerk of the Court shall close the file and terminate all other pending motions (docket nos. 6, 12, 13, 17, 18, 19, 21, 22, 23) as moot.

IT IS SO ORDERED.

Dated:  4/29/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

P:\PRO-SE\CW\CR.07\Redmond4988.DISIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALTER R. REDMOND,

        Plaintiff,

  v.

SF SHERIFF'S DEPT. et al,

        Defendant.
_____/

Case Number: CV07-04988 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Ray Redmond
1250 Pierce St., #1
San Francisco, CA 94115

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California